Argued and submitted April 8, affirmed April 28, 2004

In the Matter of the Compensation of
James Stockwell, Claimant.

James STOCKWELL,
*Petitioner,*

*v.*

LIBERTY NORTHWEST
INSURANCE CORPORATION,
*Respondent.*

02-0062M; A120543

89 P3d 1205

Robert Adian Martin argued the cause for petitioner. On the brief was Aukjen T. Ingraham.

David O. Wilson argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

Affirmed. *Goddard v. Liberty Northwest Ins. Corp.*, 193 Or App 238, 89 P3d 1215 (2004).